Ex Parte BERNARD.

No. 20,259; December 30, 1886.

12 Pac. 487.

Arrest—Debtor Leaving State.—An Affidavit for an order of arrest under section 479, Code of Civil Procedure of California, need not, in order to show that the defendant's proposed departure from the state is with intent to defraud his creditors, allege that he is about to remove any of his assets or property.

On habeas corpus from Superior Court, City and County of San Francisco.

This was a petition for a writ of habeas corpus filed by B. S. Bernard. The petitioner had been placed under arrest by an order of the superior court of the city and county of San Francisco, issued on an affidavit made by one Borowsky, plaintiff in an action on a contract pending in that court against the petitioner. The affidavit alleged, in substance, that the petitioner was about to depart the state with intent to defraud his creditors, but did not state or show that he was about to remove any of his assets or property from the state.

William H. Sharp for petitioner; Crittenden Thornton and F. H. Merzbach for respondent.

By the COURT.—We are of opinion that the affidavit on which the judge of the superior court made the order of arrest stated facts and circumstances tending to show that the petitioner was about to depart from the state with intent to defraud his creditors. We therefore decline to discharge the petitioner from arrest.

The petitioner is remanded to custody and the writ is discharged.